**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01103-CV

### NATIONSBUILDERS INSURANCE SERVICES, INC., Appellant

### V.

### HOUSTON INTERNATIONAL INSURANCE GROUP, LTD., ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-06111**

## ORDER

The Court has before it appellant's motion for expedited consideration of this accelerated

appeal. The motion is **DENIED**.


/s/     ELIZABETH LANG-MIERS
        JUSTICE